UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER ROYER                                              CIVIL ACTION

VERSUS                                                                       NO: 13-5544

OFFSHORE LIFTBOATS, LLC, ET AL.                      SECTION: "A" (3)

### ORDER AND REASONS

Before the Court is a **Motion to Exclude Cumulative and Duplicitous [sic] Expert Testimony (Rec. Doc. 51)** filed by defendant Gulf Interests, LLC.[1] Plaintiff Christopher Royer opposes the motion. The motion, scheduled for submission on January 14, 2015, is before the Court on the briefs without oral argument.

Plaintiff filed this lawsuit to recover for personal injuries that he claims to have sustained during a personnel basket transfer between vessels in the Gulf of Mexico. A four day jury trial is scheduled to commence on March 30, 2015.

Via the instant motion defendant Gulf Interests, LLC moves the Court to exclude one of Plaintiff's two liability experts. According to Defendant, the experts offer very similar opinions rendering their testimony cumulative and duplicative. In opposition, Plaintiff argues that the experts' opinions are based on very different areas of expertise, will be helpful to the jury, and are not cumulative.

The Court declines to exercise its discretion to exclude Plaintiff's expert. This case is being tried to a jury not to the bench. So if the experts' opinions are truly cumulative then the party offering that evidence assumes the risk of losing the jury's attention when

---

[1] Throughout the motion Movant uses the term "duplicitous" but based on the substance of the arguments being made the Court assumes that "duplicative" is the intended term.

1

presenting his case. The Court need not risk reversible error by intervening in a party's trial strategy.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Exclude Cumulative and Duplicitous [sic] Expert Testimony (Rec. Doc. 51)** filed by defendant Gulf Interests, LLC. is **DENIED.**

January 29, 2015

                                    _____
                                    JAY C. ZAINEY
                                    UNITED STATES DISTRICT JUDGE